UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ADELINA HUITRON REGALADO, | No. 2:22-cv-2104 DB |
| Plaintiff, | |
| v. | ORDER |
| ANTONY BLINKEN, Secretary, United States Department of State, et al., | |
| Defendants. | |

Plaintiff Maria Adelina Huitron Regalado commenced this action through counsel on September 6, 2022, by filing a complaint and paying the applicable filing fee. (ECF No. 1.) On January 25, 2023, the matter was reassigned to the undersigned pursuant to the parties' consent to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c)(1). (ECF No. 27.)

On October 3, 2023, the parties filed a proposed stipulated protective order regarding the use of confidential information. (ECF No. 37.) The parties' proposed stipulated protective order states that "[a]ny filings with the Court which contain materials subject to this Order shall be done under seal[.]" (ECF No. 37-1 at 3.)

The parties are advised that, all documents filed with the court are presumptively public. See San Jose Mercury News, Inc. v. U.S. Dist. Court, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is

well-established that the fruits of pretrial discovery are, in the absence of a court order to the contrary, presumptively public."). Therefore, documents that are the subject of a protective order may be filed under seal only if a sealing order is first obtained. See Local Rule 141.1. A party seeking to obtain a sealing order shall comply with the provisions of Local Rule 141, which sets forth a specific procedure for seeking a sealing order. After compliance with Local Rule 141, the the court will issue an order granting or denying the request to seal. The parties' proposed stipulated protective order does not acknowledge the need to comply with Local Rule 141.

      Accordingly, IT IS HEREBY ORDERED that the parties' October 3, 2023 request for entry of the proposed stipulated protective order (ECF No. 37) is denied without prejudice to renewal.

DATED: October 6, 2023　　　　　　　　　/s/ DEBORAH BARNES  
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:6  
DB/orders/orders.consent/regalado2104.stip.prot.ord.den