BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
ALESSANDRA FASO
Trial Attorney (IL BN 6326883)
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-9855
(202) 305-7000 (fax)
alessandra.faso@usdoj.gov
*Counsel for Defendant*

JOSH FRANKLIN SIGAL
Sigal Law Offices
5050 Laguna Blvd., Suite 112-750
Elk Grove, CA 95758
(831) 757-3001
California State Bar # 255878
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Maria Adelina HUITRON REGALADO<br>            Plaintiff,<br><br>      v.<br><br>Antony BLINKEN, Secretary, United States<br>Department of State,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 2:22-cv-2104 DB

**STIPULATED REQUEST AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

## **STIPULATION**

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to amend the Pretrial Scheduling Order, ECF No. 36. Defendant respectfully requests additional time to disclose rebuttal experts. In light of Plaintiff's Expert Witness Disclosure, ECF No. 41, Defendant is working to secure approval for a rebuttal expert, which requires cross-border coordination and multiple levels of approval. The parties therefore stipulate to amend the Pretrial Scheduling Order as follows:

Rebuttal experts for Defendant shall be disclosed no later than May 28, 2024.

Rebuttal experts for Plaintiff shall be disclosed no later than June 12, 2024.

All discovery shall be completed by June 25, 2024.

All law and motion shall be completed by August 13, 2024.

The parties have not previously requested an amendment to the Pretrial Scheduling Order. The parties have conferred and agree that this scheduling will assist both sides in expeditiously litigating this case, is not for the purpose of undue delay, and will not prejudice any of the litigants.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By:    */s/ Alessandra Faso*
ALESSANDRA FASO
Trial Attorney (IL BN 6326883)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-9855
Facsimile: (202) 305-7000
alessandra.faso@usdoj.gov

Dated: March 29, 2024                          *Attorneys for Defendant*

                                By:        */s/ Josh Franklin Sigal*
                                           Josh Franklin Sigal
                                           Sigal Law Offices
                                           5050 Laguna Blvd., Suite 112-750
                                           Elk Grove, CA 95758
                                           (831) 757-3001
                                           josh@sigallawoffices.com

Dated: March 29, 2024                          *Attorney for Plaintiff*


                                **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

Rebuttal experts for Defendant shall be disclosed no later than May 28, 2024.

Rebuttal experts for Plaintiff shall be disclosed no later than June 12, 2024.

All discovery shall be completed by June 25, 2024.

All law and motion shall be completed by August 13, 2024.


DATED:  April 8, 2024                      /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE