BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
ALESSANDRA FASO
Senior Litigation Counsel (IL BN 6326883)
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-9855
(202) 305-7000 (fax)
alessandra.faso@usdoj.gov
*Counsel for Defendant*

JOSH FRANKLIN SIGAL
Sigal Law Offices
5050 Laguna Blvd., Suite 112-750
Elk Grove, CA 95758
(831) 757-3001
California State Bar # 255878
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria Adelina HUITRON REGALADO,<br>    Plaintiff,<br><br>        v.<br><br>Antony BLINKEN, Secretary, United States Department of State,<br>    Defendant. | No. 2:22-cv-2104 DB<br><br>**STIPULATED REQUEST TO AMEND AMENDED PRETRIAL SCHEDULING ORDER AND ORDER** |

**STIPULATION**

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to amend the Amended Pretrial Scheduling Order, ECF No. 43. On May 13, 2024, counsel for the parties conferred telephonically to discuss the case and scheduling of depositions. On May 17, 2024, Plaintiff served responses to Defendant's written discovery requests. On May 24, 2024, counsel for the parties conferred telephonically in an attempt to narrow the issues of discovery and once again discuss the scheduling of depositions, which requires additional time and coordination due to availability of the parties and witnesses. The parties hereby stipulate to amend the Pretrial Scheduling Order as follows:

Rebuttal experts for Defendant shall be disclosed no later than August 26, 2024.

Rebuttal experts for Plaintiff shall be disclosed no later than September 26, 2024.

All discovery shall be completed by October 11, 2024.

All law and motion shall be completed by December 13, 2024.

The parties previously requested an amendment to the Pretrial Scheduling Order on March 29, 2024, ECF No. 42, which this Court adopted on April 4, 2024, ECF No. 43. The parties have conferred and agree that this scheduling will assist both sides in expeditiously litigating this case, is not for the purpose of undue delay, and will not prejudice any of the litigants.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By:   */s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel (IL BN 6326883)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station

Washington, DC 20044
Telephone: (202) 305-9855
Facsimile: (202) 305-7000
alessandra.faso@usdoj.gov

Dated: May 24, 2024                              *Attorneys for Defendant*

By:      */s/ Josh Franklin Sigal*
         Josh Franklin Sigal
         Sigal Law Offices
         5050 Laguna Blvd., Suite 112-750
         Elk Grove, CA 95758
         (831) 757-3001
         josh@sigallawoffices.com

Dated: May 24, 2024                              *Attorneys for Plaintiff*

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Rebuttal experts for Defendant shall be disclosed no later than August 26, 2024.

2. Rebuttal experts for Plaintiff shall be disclosed no later than September 26, 2024.

3. All discovery shall be completed by October 11, 2024.

4. All law and motion shall be completed by December 13, 2024.

DATED: May 24, 2024               /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE